Fornino v New York Cent. Mut. Fire Ins. Co. (2023 NY Slip Op 04004)

Fornino v New York Cent. Mut. Fire Ins. Co.

2023 NY Slip Op 04004

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

315 CA 22-00897

[*1]MICHAEL FORNINO, PLAINTIFF-APPELLANT,
v
NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, W.B. PAYNE COMPANY, INC., DEFENDANTS-RESPONDENTS, ET AL., DEFENDANT. (APPEAL NO. 1.) 

SAUNDERS KAHLER, L.L.P., UTICA (MICHAEL D. CALLAN OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
SARETSKY KATZ & DRANOFF, L.L.P., ELMSFORD (ALLEN L. SHERIDAN OF COUNSEL), FOR DEFENDANT-RESPONDENT NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY.
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (ALAN J. BEDENKO OF COUNSEL), FOR DEFENDANT-RESPONDENT W.B. PAYNE COMPANY, INC. 

 Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered May 3, 2022. The order denied plaintiff's motion for summary judgment on the amended complaint against defendant New York Central Mutual Fire Insurance Company and defendant W.B. Payne Company, Inc. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Fornino v New York Cent. Mut. Fire Ins. Co. ([appeal No. 2] — AD3d — [July 28, 2023] [4th Dept 2023]).
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court